# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EHT US1, Inc., *et al.*, | : | Bankruptcy Case No. 21-10036 (CSS) |
| | : | |
| Debtors. | : | |
| _____ | : | |
| | : | |
| HOWARD WU, *et al.*, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C.A. No. 21-1820-MN |
| | : | Bankr. BAP No. 21-91 |
| EHT US1, INC., *at al.*, | : | |
| | : | |
| Appellees. | : | |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **27th** day of **January, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

---

[1] Written information was provided by counsel for the parties which is not made part of the court record because it relates to mediation.

Appellants filed a notice of appeal on December 27, 2021 of the Bankruptcy Court's order confirming the Chapter 11 plan of the liquidating debtors. Appellees previously sought to dismiss this appeal based on equitable mootness and will ask this Court to consider the merits of this appeal, along with a simultaneous motion to dismiss to avoid multiple rounds of appeals. Counsel for Appellees, the Liquidating Trustee, have conferred with the other Appellees (the Official Committee of Unsecured Creditors and Bank of America, N.A., the prepetition agent, and all Appellees jointly request approval of certain deadlines.

Appellants and Appellees have conferred regarding the prospects of mediating the present dispute, agree that mediation will not be useful in resolving this appeal, and request that this appeal be withdrawn from mandatory mediation.

The parties propose the following briefing schedule:

| | |
|---|---|
| Appellants' Opening Brief | March 14, 2022 |
| Appellees' Answering Brief | April 28, 2022 |
| Appellants' Reply Brief | May 30, 2022 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge