IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: EHT US1, INC., et al, | ) | Chapter 11 |
| | ) | Bankruptcy Case No. 21-10036 (CSS) |
| Debtors. | ) | |
| HOWARD WU, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1820 (MN) |
| | ) | BAP No. 21-91 |
| EHT US1, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 15th day of February 2022,

WHEREAS, on January 27, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 16) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 16 at 2):

>Appellants' Opening Brief – March 14, 2022

>Appellees' Answering Brief – April 28, 2022

>Appellants' Reply Brief – May 30, 2022

>>The Honorable Maryellen Noreika
>>United States District Court